# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

January 20, 2023

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *USA v Angel Hernandez,* 22 Cr. 702 (NRB)

Your Honor:

      I write to ask that this Court grant permission for my client, Angel Hernandez, to travel and attend one event on January 22, 2023. Since his arrest about one month ago, Mr. Hernandez has been on home detention, living with his mother in the Bronx. Mr. Hernandez, who is 18 years old, has been in full compliance with the conditions of his bond. He would now like to travel from his home this Sunday so that he can attend the birthday party for his niece, who is turning one-year old. The party is occurring at a venue in the Bronx – about 20 minutes from Mr. Hernandez's home – and will be primarily attended by family. In order to attend the party, Mr. Hernandez would need permission to leave his home around 4:30 p.m., with the understanding that he would return home by around 9 p.m.

      I have conferred with his pre-trial services officer and the government. Neither pre=trial services nor the government takes a position regarding this application.

      Accordingly, we ask that this Court grant Mr. Hernandez permission to leave his home at 4:30 p.m. on January 22, 2023, travel to a birthday party in the Bronx, and return home by 9:30 p.m.

Respectfully submitted,

     /s/
James E. Neuman

```
In the future, any bail modification
applications should be submitted at
least five business days in advance
of the requested modification.
SO ORDERED.
```

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:   New York, New York
         January 23, 2023
```