# JAMES E. NEUMAN, P.C.
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

August 9, 2023

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *USA v Angel Hernandez,* 22 Cr. 702 (NRB)

Your Honor:

I write to ask that this Court modify the conditions of release for my client, Angel Hernandez. In December, 2022, Mr. Hernandez was arrested and released on the condition of home detention, with electronic monitoring. In March, 2023, his conditions were changed to a curfew. Since then, Mr. Hernandez has started a job, continued to live at home with his mother, and according to pre-trial services, been fully compliant with the conditions of his bond.

In view of Mr. Hernandez's good behavior over the past year, we ask that his bond be modified by removing the condition of curfew with electronic monitoring. Both the pre-trial services office and the Government consent to this application.

[Handwritten annotation: So Ordered. Naomi Reice Buchwald, USDJ 8/10/23]

Respectfully submitted,

/s/
James E. Neuman