# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013
___

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

November 17, 2023

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: *USA v Morgan, et al,* 22 Cr. 702 (NRB)

Your Honor:

      I represent Angel Hernandez on this matter and write to ask that his sentencing, currently scheduled for December 14, 2023, be postponed approximately thirty days or a date thereafter that is convenient to this Court. The reason for this request is that I am commencing a two-week trial before Hon. Andrew Carter on November 27th (and the trial previously had been expected to start earlier). As a result, I will not be able to complete my memorandum in a timely fashion unless Mr. Hernandez's sentencing is postponed.

      I have conferred with AUSA Brandon Thompson regarding this request. He informs me that the government consents, but asks that the sentencing not occur between January 22 and January 31, 2024, when he will on trial. Accordingly, I ask that Mr. Hernandez's sentencing be postponed approximately thirty days, except not between January 22nd and January 31st.

Respectfully submitted,

/s/
James E. Neuman

---

```
Application granted.  Sentencing is
adjourned to January 18, 2024 at
11:00am.  The defense submission is due
January 4, 2024 and the Government's
submission is due January 11, 2024.
```
**So Ordered.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:    November 20, 2023
          New York, New York
```